UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Law Office of Mike Assad, P.C.**
**Michael I. Assad**
**923 Haddonfield Road, Suite 336**
**Cherry Hill, NJ 08002**
**Phone: (609) 808-3300**
**Email: mike@assad.law**
**Bar Number: 338972023**
**Attorney for Debtor**

In Re:

Young, Ieisha Sharee

Case No.: **26-14839**

Chapter: **7**

Adv. No.: 26-01224

Hearing Date:

Judge:

## CERTIFICATION OF SERVICE

1.   I, _____ Michael I. Assad _____ :

☑ represent _____ Ieisha Sharee Young _____ in this matter.

☐ am the secretary/paralegal for _____, who represents
_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.   On _____ May 19, 2026 _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

**Complaint and Summons**

3.   I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____ **05/19/2026** _____

_____ **/s/ Michael I. Assad** _____
Michael I. Assad
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Chief Legal Officer** <br> **Public Service Electric and Gas Co.** <br> **80 Park Plz.** <br> **Newark, NJ 07102** | **Defendant** | ☐ Hand-delivered <br> ☑ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Chief Legal Officer** <br> **Public Service Electric and Gas Co.** <br> **80 Park Plz.** <br> **Newark, NJ 07102** | **Defendant** | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☑ Other Certified mail (no RR) <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br><br> (As authorized by the Court or by rule. Cite the rule if applicable.) |