By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| In re: Ieisha Sharee Young, | Case No.: 26-14839-JNP |
| *Debtor.* | Adv. No.: 26-01224-JNP |
| Ieisha Sharee Young, | Judge: Poslusny |
| *Plaintiff,* | |
| v. | |
| Public Service Electric and Gas Co., | |
| *Defendant.* | |

**Request to Enter Default**

To the Clerk of Court:

Plaintiff Ieisha Sharee Young, through her attorney, requests that you enter default against

Defendant Public Service Electric and Gas Co. in the above-captioned matter.

Date: June 18, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Plaintiff*

By: /s/ Michael I. Assad
Michael I. Assad