By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| In re: Ieisha Sharee Young, | Case No.: 26-14839-JNP |
| *Debtor.* | Adv. No.: 26-01224-JNP |
| Ieisha Sharee Young, | Judge: Poslusny |
| *Plaintiff,* | |
| v. | |
| Public Service Electric and Gas Co., | |
| *Defendant.* | |

**Certification in Support of Plaintiff's Request to Enter Default**

I, Michael I. Assad, attorney for Plaintiff Ieisha Sharee Young in the above captioned case, submit this certification in support of the Request to Enter Default filed by the Plaintiff on June 18, 2026.

1.      I an attorney at law admitted to practice in this Court and represent the Plaintiff in this matter.

2.      A summons was issued by the Clerk on May 18, 2026, and the said summons required that Defendant Public Service Electric and Gas Co. file an answer to the Plaintiff's complaint on or before June 17, 2026.

3.      As evidenced by the certificate of service previously filed, the summons and complaint were served upon the Defendant by first class mail on May 19, 2026.

4.      The time for the Defendant to answer or otherwise plead has expired.

5.      No answer has been received from or filed by or on behalf of the Defendant.

6.      No request for an extension of time to plead or otherwise defend has been received from or filed by or on behalf of the Defendant.

7.      I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: June 18, 2026                              /s/ Michael I. Assad
                                                 Michael I. Assad