UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
Attorney for Plaintiff

| | |
|---|---|
| In Re:<br><br>Ieisha Sharee Young | Case No.: ___26-14839-JNP___<br><br>Adv. No.: ___26-01224-JNP___<br><br>Chapter: _____7_____<br><br>Judge: ____Poslusny____ |

Ieisha Sharee Young

Plaintiff(s)

vs.

Public Service Electric and Gas Co.

Defendant(s)

**ENTRY OF DEFAULT**

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law: Public Service Electric and Gas Co.

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: _____        JEANNE A. NAUGHTON, Clerk

BY: _____
Deputy Clerk

*rev.1/9/17*