By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
## District of New Jersey

| | |
|---|---|
| In re: Ieisha Sharee Young, | Case No.: 26-14839-JNP |
| *Debtor*. | Adv. No.: 26-01224-JNP |
| Ieisha Sharee Young, | Chapter: 7 |
| *Plaintiff*, | Judge: Poslusny |
| v. | |
| Public Service Electric and Gas Co., | |
| *Defendant*. | |

**Request to Enter Default Judgment**

Plaintiff Ieisha Sharee Young, through her attorney, requests that the Court enter default judgment against Defendant Public Service Electric and Gas Co. in this matter.

Date: June 23, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Plaintiff*

By: /s/ Michael I. Assad
        Michael I. Assad