By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey

| | | |
|---|---|---|
| In re: Ieisha Sharee Young, | Case No.: | 26-14839-JNP |
| *Debtor*. | Adv. No.: | 26-01224-JNP |
| Ieisha Sharee Young, | Chapter: | 7 |
| *Plaintiff*, | Judge: | Poslusny |
| v. | | |
| Public Service Electric and Gas Co., | | |
| *Defendant*. | | |

**Certification of Ieisha Sharee Young
in Support of Plaintiff's Request to Enter Default Judgment**

I, Ieisha Sharee Young, hereby certify as follows:

1. I am the Plaintiff in this adversary proceeding and the debtor in the underlying chapter 7 bankruptcy case, which I filed on April 30, 2026.

2. I make this certification in support of my request to enter default judgment against Defendant Public Service Electric and Gas Co. ("PSE&G").

3. Everything stated below is based on my own personal knowledge.

*[This space intentionally left blank.]*

4.      I live at 613 Riverview Road in Pennsauken, New Jersey, with my two sons, both of whom are minors and the younger of whom is one year old. The electricity from PSE&G is the only source of power for my home.

5.      I struggled with financial problems for several years due to the increasing cost of living and the difficulty of being a single parent. I avoided filing for bankruptcy for a long time because of the social stigma associated with it. The constant pressure to pay bills and keep up with expenses was overwhelming and caused a lot of stress.

6.      I eventually decided that I had no choice but to file for bankruptcy. It was a difficult decision, and I felt a lot of guilt and shame. But once I filed the bankruptcy, I felt a major weight lifted off my shoulders. A major part of that relief was knowing that I had been given a fresh start and that my past debts would not follow me into the future.

7.      On Wednesday, May 13, 2026, at about 12:30 p.m., I opened my email and saw a disconnection email from PSE&G that had been sent to me at 12:17 p.m.

8.      The email said that my service had been interrupted for non-payment and that the full amount had to be paid for my service to be restored. A true copy of that email is attached as Exhibit A.

9.      I was devastated. So much of the relief I had felt when I filed for bankruptcy was gone in an instant. All I could think about was my two boys coming home to darkness and the food in my refrigerator and deep freezer.

10.     I immediately called PSE&G. I was on hold for exactly one hour before I reached anyone. It was ridiculous, and it ruined my day. It was a huge inconvenience, and I had to miss time

2

away from a training class that I am taking for work just to try to fix something that should never have happened.

11.     After the hour-long hold, I spoke with a customer service agent. I explained that I was in an active bankruptcy and that my service had just been disconnected. She confirmed my name and address, and then asked me, very rudely, "Well, did you report your bankruptcy to us?" I told her no, I had not, but that I did not think I had to report it myself because that is what my attorney is for.

12.     The agent told me that I would have to pay a certain amount to have my service restored, because I had not reported the bankruptcy. When I pushed back, she said, "Let me see what I can do, but I doubt your services would be restored without payment." She then placed me on another long hold, about forty-five minutes, while she worked on my account.

13.     When the agent came back on the line, she asked me for all of my bankruptcy information, including my case number and the name and address of my attorney. She then told me, "I have good news. Your electric will be back on within the next fifteen minutes without any payment needed." I thanked her and hung up. Altogether, I was on the phone with PSE&G for about one hour and forty-five minutes.

14.     I did not realize how much time had passed with my power off, because I did not get home until close to 7:00 p.m. that evening.

15.     As soon as I walked in the door, I went to check my food. I had to throw away close to $300.00 worth of food. I did not want to refreeze meat and other foods that belong in the freezer and had already half-thawed, so I threw them out. I also poured out milk, because I did not want to

3

give my son milk that had gone unrefrigerated, out of fear it would make him sick. He is only one year old.

16.    On top of all of this, the disconnection notice was posted on my front door, which was humiliating and embarrassing in front of my neighbors, and I had to trash my family's food, all over something that should never have happened.

17.    As a result of what PSE&G did, I suffered real emotional distress including anxiety, stress, humiliation, embarrassment, and a feeling of helplessness during an already difficult time in my life. I was especially upset thinking about my two children coming home to a dark house, and about being pressured to pay a debt I did not believe I owed just to get my power back.

18.    To protect my rights after PSE&G shut off my power, I retained the Law Office of Mike Assad P.C. to represent me in this matter, and I have incurred attorney's fees and costs in pursuing it. A true copy of the engagement letter I signed on May 15, 2026, is attached as Exhibit B.

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: June 19, 2026                     /s/ Ieisha Sharee Young
                                        Ieisha Sharee Young