By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| In re: Ieisha Sharee Young, | Case No.:  26-14839-JNP |
| *Debtor.* | Adv. No.:  26-01224-JNP |
| Ieisha Sharee Young, | Chapter:  7 |
| *Plaintiff,* | Judge:  Poslusny |
| v. | |
| Public Service Electric and Gas Co., | |
| *Defendant.* | |

**Certification of Michael I. Assad
in Support of Plaintiff's Request to Enter Default Judgment**

I, Michael I. Assad, hereby certify as follows:

1.      I am an attorney at law of the State of New Jersey and represent the Plaintiff, Ieisha Sharee Young, in this adversary proceeding.

2.      I submit this Certification in support Ms. Young's Request to Enter Default Judgment against the Defendant, Public Service Electric and Gas Co ("PSE&G").

3.      The facts set forth herein are based on my personal knowledge and my review of the record.

4.      Ms. Young is an indigent debtor who was referred to me by South Jersey Legal Services for pro-bono representation. I have not requested nor received any compensation for representing her in her underlying bankruptcy case.

5.      Ms. Young commenced this adversary proceeding by filing a Complaint on May 15, 2026. (ECF No. 1.)

6.      The Clerk issued a Summons on May 18, 2026 (ECF No. 2), which set June 17, 2026, as the deadline for PSE&G to answer or otherwise respond to the Complaint.

7.      On May 19, 2026, the Summons and Complaint were served on PSE&G by regular mail and by certified mail, addressed to Chief Legal Officer, Public Service Electric and Gas Co., 80 Park Plaza, Newark, NJ 07102. A Certificate of Service was filed on May 19, 2026. (ECF No. 3).

8.      The certified mailing to PSE&G, bearing United States Postal Service tracking number 9407 1362 0855 1289 1304 31, was accepted by the United States Postal Service at Cherry Hill, New Jersey on May 20, 2026. A copy of the USPS Proof of Acceptance is attached hereto as Exhibit C.

9.      That certified mailing was delivered to the front desk, reception, or mail room at the PSE&G's address, 80 Park Plaza, Newark, NJ, at 2:50 p.m. on May 26, 2026. A copy of the USPS Proof of Delivery is attached hereto as Exhibit D.

10.     PSE&G did not answer or otherwise respond to the Complaint by June 17, 2026, and has not appeared in this proceeding.

11.     On June 18, 2026, the Clerk entered PSE&G's default. (ECF No. 4.)

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: June 23, 2026                                   /s/ Michael I. Assad
                                                      Michael I. Assad