**EXHIBIT A**

PSEG
*We make things work for you.*

Account Number:
XXXX1106

Address:
613 RIVERVIEW RD

# Your PSE&G Service Has Been Disconnected

Dear Valued Customer,

We regret to inform you that your electric and/or gas service has been interrupted due to non-payment of your PSE&G bill. The full notice amount needs to be paid for restoration. The following options are available:

- Access your account at https://nj.pseg.com/mybillpublic, to pay online and have a reconnection order issued

- Call us at 1-800-357-2262 between 7:30am and 8:00pm to pay with a check over the phone

- Visit us at https://nj.pseg.com/home/customer_service/bill/my_bill.jsp

- Credit card payments can be paid by calling 1-833-277-8710, please be advised you will need to call us back with the confirmation number so the reconnection order can be issued.

For safety concerns, someone must be home at the time of reconnection.

Note: A processing fee will be charged by Paymentus for credit card payments.