# Law Office of Mike Assad, P.C.



923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002-2752
609-808-3300

**Mike Assad**
Attorney at Law

mike@assad.law
www.mikeassad.law

May 15, 2026

Ieisha Sharee Young
613 Riverview Road
Pennsauken, NJ 08110

Re:     Automatic Stay Litigation
        Bankruptcy No. 26-14839

Dear Ms. Young:

This letter confirms that you have retained the Law Office of Mike Assasd, P.C. (the "Firm") to represent you in prosecuting an adversary proceeding or contested matter against PSE&G for violating the automatic stay imposed by 11 U.S.C. § 362(a) in your bankruptcy case under 11 U.S.C. § 362(k). The representation runs through settlement or entry of a final order or judgment in the Bankruptcy Court and does not include any appeal or post-judgment collection, which would require a separate written agreement.

**No guarantees.** Cases like this can be unpredictable. There is no guarantee that the court will agree a violation occurred, and even if it does, the court may decide not to award any money. As a result, we could end up doing a significant amount of work without compensation. We have made no promises to you about the outcome of this matter.

**Contingent fee.** Because of that uncertainty, we are moving forward on a contingency basis. If there is no recovery, you will owe us nothing. If money or other value is awarded, whether by court order or settlement, our fee will be the greater of

a.      a contingent fee calculated on the "net recovery" (the total recovery minus reimbursable costs and disbursements) according to the sliding scale in New Jersey Court Rule 1:21-7(c), as it may be amended from time to time, which is currently 33⅓% of the first $750,000 of the net recovery, 30% of the next $750,000, 25% of the next $750,000, 20% of the next $750,000, and, on any portion of the net recovery exceeding $3,000,000, a reasonable fee as determined by the court on application under R. 1:21-7(f); or

b.      (b) the Firm's reasonable hourly fee at $495 per hour for time actually spent on the matter (but in no event more than the total recovery); plus reimbursement of any out-of-pocket costs we have advanced.

Ieisha Sharee Young
May 15, 2026
Page 2

Any statutory attorney's fees and costs awarded by the court under 11 U.S.C. § 362(k) or any other fee-shifting authority will be credited toward our fee under this Agreement; the Firm will not collect both the full statutory fee award and an additional percentage on top of it. If the statutory fee award alone exceeds the amount calculated above, the Firm will be entitled to the full statutory fee award as its fee.

**No out-of-pocket cost to you.** The Firm will advance all costs of prosecuting the matter including filing fees, service, deposition transcripts, expert fees, mediation, and similar litigation expenses. You will not be asked to pay any fee or cost out-of-pocket; we will collect only from PSE&G or from any money awarded to you. If there is no recovery, you do not owe reimbursement of advanced costs.

**Termination by the Firm.** The Firm may withdraw from the representation as permitted by New Jersey RPC 1.16 and subject to any required Bankruptcy Court approval. If the Firm withdraws, you will owe nothing — except that, if the withdrawal is caused by your material breach of this Agreement or refusal to cooperate, the Firm reserves the right to seek a fee on a quantum meruit basis payable only out of any recovery later obtained and not exceeding the fee that would have been due under this Agreement.

**Termination by you.** You may discharge the Firm at any time, with or without cause, subject to any required Bankruptcy Court approval. If you discharge the Firm and a recovery is later obtained in the matter (whether or not another attorney completes the case), the Firm will be entitled to a fee based on the reasonable value of the services rendered through the date of discharge (quantum meruit), payable out of the recovery and not exceeding the fee that would have been due under this Agreement. If no recovery is obtained, the Firm will not seek any fee from you.

**Completion.** Our work is complete when the case is settled or the Bankruptcy Court enters a final order or judgment on the adversary complaint or motion for sanctions. This engagement does not include any appeal.

**Fee arbitration.** If at any time a dispute arises between you and the Firm regarding fees, you have the right to request fee arbitration through the District Fee Arbitration Committee of the Supreme Court of New Jersey.

Please sign below to confirm that you agree to these terms.

*[This space intentionally left blank.]*

Ieisha Sharee Young
May 15, 2026
Page 3

Sincerely,

**LAW OFFICE OF MIKE ASSAD, P.C.**

Mike Assad
Attorney at Law

Understood and agreed to:

ID aw87keDzy9CcQ734MhWYe9u5

_____          5/15/2026
Ieisha Sharee Young                  _____
                                     Date