

 **UNITED STATES POSTAL SERVICE**

## Proof of Acceptance
## (Electronic)

Date:  6/18/2026

Client Name:   Public Service Electric and Gas Co.

Certified item number 9407136208551289130431, addressed to Chief Legal Officer

ORIGIN ACCEPTANCE-May 20, 2026, 8:34 pm, CHERRY HILL, NJ 08002

The item number, time, date, city, state, and zip code is a true extract of information provided by the United States Postal Service to SimpleCertifiedMail.com.

Chief Legal Officer
Public Service Electric and Gas Co.
80 Park Plaza
Newark, NJ 07102
Reference #: 26-01224
Group Name: Department 1

The above information is for the sole use of SimpleCertifiedMail.com clients and represents information provided by the United States Postal Service.