



## Proof of Delivery
## (Electronic)

Date:   6/18/2026

Client Name:   Public Service Electric and Gas Co.

Certified item number 9407136208551289130431, addressed to Chief Legal Officer was designated DELIVERED FRONT DESK/RECEPTION/MAIL ROOM at 2:50 PM on May 26, 2026.

The item number, time, date, city, state, and zip code is a true extract of information provided by the United States Postal Service to SimpleCertifiedMail.com.

Chief Legal Officer
Public Service Electric and Gas Co.
80 Park Plaza
Newark, NJ 07102
Reference #: 26-01224

The above information is for the sole use of SimpleCertifiedMail.com clients and represents information provided by the United States Postal Service.