| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>Ieisha Sharee Young,<br><br>        Debtor. | |
| Ieisha Sharee Young,<br><br>        Plaintiff,<br><br>v.<br><br>Public Service Electric & Gas Co.,<br><br>        Defendant. | Case No. 26-14839(JNP)<br><br>Chapter 7<br><br><br>Adv. No. 26-1224<br><br><br>Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Request to Enter Default Judgment Against Defendant (Dkt. No. 7). Plaintiff to provide testimony related to asserted damages.

**Location of Hearing:** Courtroom No. 4C

Mitchell H. Cohen U.S. Courthouse

400 Cooper Street

Camden, NJ 08101

**Date and Time:** August 12, 2026. at 10:00 a.m.,


**Please note that the Plaintiff must timely serve a copy of this Notice of Hearing on all relevant parties, including the Defendant, advising it of the hearing date and time listed above. The Plaintiff must also file a certificate of service stating that all parties were served**

**and advised of the hearing date and time. Also note that the Plaintiff must attend the hearing or the request for relief may be denied. If you have any questions, please contact Kathleen Ryan at 856-361-2358**

DATED: _____                                JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ the foregoing notice was served on the following:

Plaintiff's Counsel

JEANNE A. NAUGHTON, Clerk