| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>Ieisha Sharee Young,<br><br>       Debtor. | |
| Ieisha Sharee Young,<br><br>       Plaintiff,<br><br>v.<br><br>Public Service Electric & Gas Co.,<br><br>       Defendant. | Case No. 26-14839(JNP)<br><br>Chapter 7<br><br><br><br>Adv. No. 26-1224<br><br><br>Judge: Jerrold N. Poslusny, Jr. |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Request to Enter Default Judgment Against Defendant (Dkt. No. 7). Plaintiff to provide testimony related to asserted damages.

**Location of Hearing:** Courtroom No. 4C

Mitchell H. Cohen U.S. Courthouse

400 Cooper Street

Camden, NJ 08101

**Date and Time:** August 12, 2026. at 10:00 a.m.,

**Please note that the Plaintiff must timely serve a copy of this Notice of Hearing on all relevant parties, including the Defendant, advising it of the hearing date and time listed above. The Plaintiff must also file a certificate of service stating that all parties were served**

**and advised of the hearing date and time. Also note that the Plaintiff must attend the**

**hearing or the request for relief may be denied. If you have any questions, please contact**

**Kathleen Ryan at 856-361-2358**

DATED: _____                                    JEANNE A. NAUGHTON, Clerk


### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ the foregoing notice

was served on the following:

Plaintiff's Counsel

JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court

District of New Jersey

Young,

     Plaintiff

Adv. Proc. No. 26-01224-JNP

Public Service Electric and Gas Co.,

     Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 13, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | Ieisha Sharee Young, 613 Riverview Rd, Pennsauken, NJ 08110-3920 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | ^ MEBN | Jul 13 2026 21:41:45 | Public Service Electric and Gas Co., 80 Park Plaza, Newark, NJ 07102-4109 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael I. Assad | on behalf of Plaintiff Ieisha Sharee Young mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |

TOTAL: 1