UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Law Office of Mike Assad, P.C.**
**Michael I. Assad**
**923 Haddonfield Rd Ste 336**
**Cherry Hill, NJ 08002-2752**
**Phone: (609) 808-3300**
**Email: mike@assad.law**
**Bar Number: 338972023**
**Attorney for Debtor**

In Re:

Young, Ieisha Sharee

| | |
|---|---|
| Case No.: | **26-14839** |
| Chapter: | **7** |
| Adv. No.: | 26-01224 |
| Hearing Date: | |
| Judge: | |

## CERTIFICATION OF SERVICE

1.  I, _____ Michael I. Assad _____ :

    ☑ represent _____ Ieisha Sharee Young _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ July 17, 2026 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    **Notice of Hearing (ECF No. 9)**
    **Determination of Adjournment Request (ECF No. 11)**

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ **07/17/2026** _____

_____ **/s/ Michael I. Assad** _____
Michael I. Assad
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Chief Legal Officer**<br>**Public Service Electric and Gas Co.**<br>**80 Park Plz.**<br>**Newark, NJ 07102** | **Defendant** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Chief Legal Officer**<br>**Public Service Electric and Gas Co.**<br>**80 Park Plz.**<br>**Newark, NJ 07102** | **Defendant** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other Certified mail (no RR)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |