**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. L.B.R. 9004-1(b)**

Order Filed on September 9, 2026 by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

IEISHA SHAREE YOUNG,

Debtor.

Case No. 26-14839 (JNP)

Chapter 7

IEISHA SHAREE YOUNG,

Plaintiff,

v.

PUBLIC SERVICE ELECTRIC AND GAS CO.

Defendants.

Adv. No. 26-01224 (JNP)

Judge: Jerrold N. Poslusny, Jr.

**<u>ORDER ENTERING JUDMGENT FOR SANCTIONS FOR STAY VIOLATION</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 9, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Ieisha Sharee Young
Case No. 26-14839
Ieisha Sharee Young v. Public Service Electric and Gas Co.
Adv. Pro No. 26-01224 (JNP)
Order Entering Judgment and Imposing Sanctions for Stay Violation

This matter having been brought before the Court upon the motion (the "Motion") filed by Ieisha Sharee Young (the "Debtor") seeking entry of default judgment against Public Service Electric and Gas Co., (the "Defendant"), on the Debtor's complaint pursuant to section 362(k) of Title 11 of the United States Code (the "Bankruptcy Code"), for violation of the automatic stay, and a hearing having been held on September 2, 2026, at which the Defendant failed to appear, and the Court having considered all evidence and testimony presented, and having found sufficient evidence to enter default judgment against the Defendant, and for the reasons discussed in the oral decision entered contemporaneously with this Order, and for good cause, it is hereby:

**ORDERED**, that the Motion is GRANTED, and it is further

**ORDERED**, that JUDGMENT be entered in favor of the Debtor, and it is further

**ORDERED** that the Debtor shall be awarded damages in the total amount of eighteen thousand dollars ($18,000) comprised of the following amounts,

1. Three Thousand Five Hundred dollars ($3,500) in actual damages, and
2. Ten Thousand Dollars ($10,000) in punitive damages, and
3. Four Thousand Five Hundred dollars ($4,500) in attorney fees.